THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* KENNETH EURICH, Appellant.

Argued October 18, 1951; decided December 6, 1951.

*Henry Hirschberg* and *Ernest M. Levinson* for appellant.

*Clare J. Hoyt, District Attorney (James P. Cassidy* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 303 N. Y. 770.]